FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 9 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>**ADAM ROBERT MANN,**  )<br>  )<br>Defendant.  )  ) | CRIMINAL NO. 22-1322 JCH<br><br>Counts 1 and 2: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about May 31, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **ADAM ROBERT MANN**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1)  possession with intent to distribute 5 grams and more of cocaine, and

(2)  trafficking in a controlled substance,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

### Count 2

On or about June 4, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **ADAM ROBERT MANN**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(3)  possession with intent to distribute 5 grams and more of cocaine, and

(4)  trafficking in a controlled substance,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(g), the defendant, **ADAM ROBERT MANN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Glock model 42 .380 caliber pistol, serial number ACWX683;

b. a Beretta model 96A1 .40 caliber pistol, serial number A69157M;

c. approximately 5 Winchester .380 auto cartridges;

d. approximately 8 .40 S&W cartridges; and

e. approximately 1 Federal-brand .40 S&W cartridge.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

2